IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LEIGHTON NEWBLE a/k/a ) | |
| TAQEE ZAAKIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 14-1216-JDT-egb |
| ) | |
| TONYA FISHER, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING PLAINTIFF'S REQUEST
FOR VOLUNTARY DISMISSAL

The *pro se* prisoner Plaintiff, Leighton Newble a/k/a Taqee Zaakir, filed a complaint pursuant to 42 U.S.C. § 1983 on September 2, 2014. (ECF No. 1.) After Plaintiff complied with a deficiency order directing him to submit a copy of his inmate trust account statement, the Court granted leave to proceed *in forma pauperis* and assessed the civil filing fee. (ECF No. 7). The complaint has not yet been screened as required by 28 U.S.C. § 1915A; therefore, process has not been issued for any of the Defendants. On November 3, 2014, the Court received a letter from Plaintiff requesting that "this case be dropped" and asking if he still has to pay the filing fee. (ECF No. 8.)

The Court construes Plaintiff's letter as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(i), pursuant to which a plaintiff may dismiss a case at any time before the Defendants file an answer or a motion for summary judgment. Accordingly,

the request for voluntary dismissal is GRANTED, and this case is hereby DISMISSED without prejudice. However, as the Court noted in the deficiency order entered on September 3, 2014, even a voluntary dismissal does not relieve Plaintiff of the obligation to pay the filing fee, which accrued the moment the case was filed. (ECF No. 3 at 3 n.3.)

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

 s/ **James D. Todd**  
JAMES D. TODD  
UNITED STATES DISTRICT JUDGE